**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| A. NATTERMAN & Cie GmbH, AVENTIS BEHRING LLC, and AVENTIS PHARMA, S.A., | |
| Plaintiffs and Counterclaim Defendants, | |
| v. | |
| BAYER CORPORATION and BAYER HEALTHCARE LLC, | |
| Defendants and Counterclaimants, | Civil Action No. 03-2268 ABB |
| v. | |
| AVENTIS BEHRING GmbH, ZLB BEHRING LLC, and ZLB BEHRING GmbH, | |
| Counterclaim Defendants. | |
| AVENTIS PHARMA S.A., | |
| Plaintiff and Counterclaim Defendant, | |
| v. | |
| BAYER CORPORATION and BAYER HEALTHCARE LLC, | |
| Defendants and Counterclaimants, | Civil Action No. 06-03785 ABB |
| v. | |
| AVENTIS BEHRING GmbH, ZLB BEHRING LLC, ZLB BEHRING GmbH, and AVENTIS BEHRING LLC, | |
| Counterclaim Defendants. | |

**<u>ORDER</u>**

**AND NOW** on this    21st    day of November, 2006, plaintiffs' motion to strike

Bayer's patent infringement counterclaims (Doc. # 159, Case No. 03-2268; Doc. # 17, Case No.

06-3785) and defendants' motion to bifurcate Bayer's license defense for an early trial (Doc. #

149, Case No. 03-2268; Doc. # 6, Case No. 06-3785) are **GRANTED** as stated on the record of

November 17, 2006.

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:

O:\ABB2006\Natterman order on motion to bifurcate and motion to strike.wpd